IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TONYA TAYLOR,

Plaintiff,

v.

BANCROFT & SONS TRANSPORTATION, LLC and ROBERT LEE JOHNSON,

Defendants.

Case No. 19-cv-224 JPG/MAB

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 6, 2019**          MARGARET M. ROBERTIE, Clerk of Court

*s/Tina Gray*
**Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**